IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CAROLYN L. ALEXANDER,          :
                                           :

          Plaintiff,            :
                                         :

v.                                    :      Case No. 3:24-CV-17-CDL
                                       :

MELANIE SIMON, *et al.*,         :
                                       :

          Defendants.       :
_____

## ORDER

On February 28, 2024, Plaintiff filed a complaint alleging claims under the False Claims Act (ECF No. 1). The same day, Plaintiff also filed an application for leave to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff, however, failed to provide sufficient information for the Court to determine whether she qualifies to proceed IFP. She reports having disability income of $743.00 per month and $4,144.21 in monthly expenses, including $800.00 a month for homeowner's or renter's insurance while she pays $269.21 in rent per month, but she provides no explanation whatsoever as to how she is able to subsist.[1] Mot. to Proceed IFP 1-5, ECF No. 2. She also adds that she has been severely abused during her life. *Id.* at 5. Plaintiff's affidavit is implausible on its face. Therefore, the affidavit is not "'sufficient on its face to demonstrate economic eligibility' for *in forma pauperis* status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004) (per curiam).

---

[1] Put another way, Plaintiff has an annual income of $8,916, but she spends $49,731 per year.

Therefore, Plaintiff is **ORDERED** to recast her motion for leave to proceed IFP within **FOURTEEN (14) DAYS**.  Plaintiff must provide a more detailed explanation of her funds, assets, expenses, and her inability to pay filing fees or costs, particularly in light of the enormous discrepancy between her alleged monthly income and her alleged monthly expenses.  The Clerk is directed to provide Plaintiff with a new blank long-form IFP application.

SO ORDERED, this 29th day of February, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE